

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00252-CV

| | | |
|---|---|---|
| GREGORY WAYNE COON, Appellant | § | On Appeal from the 233rd District Court |
| V. | § | of Tarrant County (233-694810-21) |
| | § | January 8, 2026 |
| VICTORIA JACOBS THOMAS, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Gregory Wayne Coon shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
        Justice Wade Birdwell